IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SIMARON D. HILL,                )
                                )
                  Petitioner,   )
                                )
         v.                     )     1:24CV182
                                )
TODD ISHEE,                     )
                                )
                  Respondent.   )

RECOMMENDATION AND ORDER
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a state prisoner, submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This Petition cannot be further processed because court records reveal that Petitioner already attacked the same convictions and sentences in a previous § 2254 petition [1:01CV801]. Consequently, Petitioner must receive from the United States Court of Appeals for the Fourth Circuit an order authorizing this Court to consider the current Petition, as required by 28 U.S.C. § 2244(b)(3)(A). This Court cannot consider the Petition unless that authorization first issues. Petitioner attaches an Order to his Petition reflecting that the Fourth Circuit actually denied authorization. Because of this pleading failure, the Petition should be dismissed.

IT IS THEREFORE RECOMMENDED that the Petition be dismissed for failure to apply to the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider the current Petition as is required by 28 U.S.C. § 2244 and that, there being no substantial issue for appeal concerning the denial of a constitutional right

affecting the conviction nor a debatable procedural ruling, a certificate of appealability not issue.

IT IS THEREFORE ORDERED that the Clerk shall send Petitioner a copy of this Recommendation and Order, instruction forms for filing § 2254 petitions in this Court and for filing a Motion for Authorization in the United States Court of Appeals for the Fourth Circuit, an application to proceed *in forma pauperis* (upon request), and four copies of § 2254 petition forms (more copies will be sent on request). Petitioner should keep the original and two copies of the § 2254 petition which can be submitted in this Court if Petitioner obtains approval from the Fourth Circuit.

This, the 13th day of March, 2024.

/s/ Joe L. Webster
United States Magistrate Judge