IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
SIMARON D. HILL,             )
                             )
          Petitioner,        )
                             )
     v.                      )     1:24-cv-182
                             )
TODD ISHEE,                  )
                             )
          Respondent.        )
```

**ORDER**

On March 13, 2024, the United States Magistrate Judge's Recommendation and Order was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636. Although Petitioner filed a letter in response, (Doc. 4), that letter raises no objections to the Recommendation.[1]

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that the Petition, (Doc. 1), is **DISMISSED** for failure to

---

[1] Petitioner's letter and attachments are not sufficient to establish authorization from the Fourth Circuit.

apply to the United States Court of Appeals for the Fourth Circuit for an order authorizing this district court to consider the current Petition as is required by 28 U.S.C. § 2244 and that, there being no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability not issue.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 8th day of July, 2024.

                                     /s/ William L. Osteen, Jr.
                                     United States District Judge